Frank MANCHAK, Jr., Plaintiff–Appellant,

v.

U.S. ECOLOGY, INC., Defendant–Appellee.

No. 04–1341.

United States Court of Appeals, Federal Circuit.

DECIDED: March 18, 2005.

Before NEWMAN, MAYER, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36

HUNTWISE, INC., Plaintiff–Appellee,

v.

MAT SPORTS, L.L.C. (doing business as Kodiak Island Series), Defendant–Appellant.

No. 04–1476.

United States Court of Appeals, Federal Circuit.

DECIDED: March 18, 2005.

Before NEWMAN, MAYER, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36